# IN THE COURT OF APPEALS OF IOWA

No. 24-0707
Filed February 5, 2025

**STATE OF IOWA,**
Plaintiff-Appellee,

**vs.**

**HENRY EARL DRAKE JR.,**
Defendant-Appellant.
_____

Appeal from the Iowa District Court for Polk County, Becky Goettsch, Judge.


A defendant appeals his sentence imposed after the district court revoked his deferred judgment. **AFFIRMED.**



Daniel M. Northfield, Urbandale, for appellant.

Brenna Bird, Attorney General, and Adam Kenworthy, Assistant Attorney General, for appellee.



Considered by Tabor, C.J., and Schumacher and Chicchelly, JJ.

**SCHUMACHER, Judge.**

Henry Drake Jr. appeals his sentence imposed after the district court revoked his deferred judgment. Following revocation, Drake was convicted of stalking—possession of a firearm, a class "D" felony in violation of Iowa Codes sections 708.11(2) and 708.11(3)(b)(2) (2022). The district court sentenced him to a prison term not to exceed five years, a suspended fine of $1025, plus costs, and restitution.

The revocation was based on Drake's stipulated probation violations. Other than arguing the revocation was overly harsh, Drake identifies no legal defect or abuse of discretion; nor do we find any upon our review. *See State v. Hopkins*, 860 N.W.2d 550, 553 (Iowa 2015) ("We review sentencing decisions for abuse of discretion or defect in the sentencing procedure."); *State v. Formaro*, 638 N.W.2d 720, 725 (Iowa 2002) ("[O]ur task on appeal is not to second guess the decision made by the district court, but to determine if it was unreasonable or based on untenable grounds.").

Upon our review, we affirm without further opinion. Iowa R. App. P. 6.1203.

**AFFIRMED.**